CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
03/29/2018
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| VIRGINIA FEARS,<br><br>                   *Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                   *Defendant*. | CASE NO. 6:16-cv-00055<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross motions for summary judgment (dkts. 12, 14), the Report and Recommendation ("R&R") of Magistrate Judge Robert S. Ballou (dkt. 16), and Plaintiff's Objections to the R&R (dkt. 17). For the reasons set forth in the accompanying memorandum opinion, the Court will **ADOPT in part** the R&R (dkt. 16). Specifically, the Court will adopt those portions of the R&R the parties do not object to, but will reject Sections I and IIA. Plaintiff's objections (dkt. 17) to those sections are **SUSTAINED**.

Accordingly, the Court will **GRANT in part** Plaintiff's motion for summary judgment (dkt. 12), and **DENY** the Commissioner's motion for summary judgment (dkt. 14). The case is remanded to the Commissioner for further proceedings in accordance with the memorandum opinion. It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this __29th__ day of March, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE